UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITVAN PUKA,

       Petitioner,                      CASE NO. 06-CV-13083

v.                                         PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

ROBIN BAKER, Regional Director,
Immigration and Custom Enforcement
Agency,

       Respondent.
                                   /

ORDER DENYING MOTION FOR TEMPORARY STAY

      For the reasons stated on the record, Petitioner's Motion for Temporary Stay is DENIED.

      SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 6, 2006.

                                          s/Denise Goodine
                                          Case Manager