UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ritvan Puka,

        Petitioner,

V.

        Civil Action No. 06-13083
        Hon. PAUL D. BORMAN

Robin Baker, District Director
of the Immigration and
Naturalization Service,

        Respondent.
_____/

## AMENDED ORDER

    Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed it and deems that it is not appropriate for summary dismissal. Therefore,

    IT IS ORDERED that:

    The Clerk of the Court is directed to serve photocopies of the petition and this Order upon the United States Attorney via facsimile and first-class mail, and upon the Respondent via first-class mail.

    IT IS FURTHER ORDERED that it was not the intention of the Court to grant a stay, therefore; the stay is lifted.

    SO ORDERED.

                                 s/Paul D. Borman
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

Dated: July 14, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 14, 2006.

                                 s/Denise Goodine
                                 Case Manager